FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
DEC 04 2018
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Tennessee

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| AZREAL SCRIBNER | ) Case No. 18 MJ-1244 | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 18, 2018__ in the county of __Williamson__ in the __Middle__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1951 | Knowingly, intentionally, and unlawfully attempt to obstruct, delay, and affect commerce, by robbery, and did commit and threaten physical violence in furtherance of the plan and purpose to commit such a robbery |
| 18 U.S.C. 924(c)(1) | Using, carrying, brandishing, and discharging a firearm during and in relation to a crime of violence, that is attempted Hobbs Act robbery |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT IN SUPPORT OF A CRIMINAL COMPLAINT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

ATF S/A Ryan Singleton
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/04/2018

_____
*Judge's signature*

City and state: NASHVILLE, TN

Barbara D. Holmes, United States Magistrate Judge
*Printed name and title*

# STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ryan E. Singleton, being first duly sworn on oath, state as follows:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) in Nashville, Tennessee and have been employed as an ATF agent since January 2010. Prior to my employment with the ATF, I was a criminal investigator and a patrol officer with the Waynesville Police Department in Waynesville, North Carolina for over 11 years.

2. This affidavit is submitted in support of a Criminal Complaint for the arrest of Azreal SCRIBNER, for the following offenses: attempted robbery affecting commerce, in violation of Title 18, United States Code, Section 1951, and using, carrying, brandishing, and discharging firearms during and in relation to a crime of violence, in violation of Title 18, United States Code, Section 924(c), relating to an armed robbery and shooting at the Mapco Mart on November 18, 2018, in Brentwood, Tennessee.

3. The facts contained in this statement are based on first-hand knowledge or information learned during this investigation from other law enforcement sources or witnesses related to the investigation. This statement does not provide each and every detail known by me regarding this investigation, but rather provides information necessary to establish probable cause for the arrest of the referenced suspect for the stated offense. Except where indicated, all statements referred to below are set forth in substance and in part, rather than verbatim.

4. On November 18, 2018, at approximately 2130 hours, there was an attempted armed robbery at the Mapco Mart, located at 158 Franklin Rd, Brentwood, TN. Brentwood Police Department responded to the scene and spoke with the victim, JT, who had been shot during the attempted robbery. JT advised a suspect entered the store, wielding a firearm, and wearing black and green clothing and a white mask. The suspect immediately came behind the counter and demanded money. JT refused to give the suspect money, at which point, the suspect shot JT. According to JT, the suspect attempted to fire another round, but the firearm jammed and did not fire.

5. Mapco uses video surveillance at that location. I have obtained a copy of the video surveillance from the time of the attempted robbery. The surveillance video shows the suspect, brandishing a firearm with an extended magazine, and wearing a black hoodie and white mask, come into the store and go behind the counter. Once behind the counter, JT and the suspect appear to struggle, and the suspect shoots JT. The video shows a second suspect, carrying a firearm and wearing a black hoodie and white mask, entering the store. Both suspects left the store once JT was shot.

6. On November 25, 2018, at approximately 1740 hours, there was an attempted armed robbery at the Verizon Store, located at 1959 Mallory Lane, Franklin, TN. According to

1

JW, an employee of Verizon Wireless, a blue BMW pulled into the parking lot, while he was outside emptying trash into a dumpster. A black male, wearing a black coat with a hood over his head, and a white mask, approached him with a firearm, and made statements to the effect that the suspect would not hurt JW, if JW cooperated with the suspect's robbery demands. The suspect then followed JW into the Verizon store.

7. As JW and the suspect were coming inside Verizon, the store manager, JB, heard two beeps from the door sensor, indicating someone had come into the store with JW. JB, inquired as to the other person several times, before noticing the individual wearing a black hoodie. Shortly after JB saw the suspect behind JW, the suspect left. JW then went to the front of the store to ensure no other person was inside, and also noticed the blue BMW had left; at that point JW informed JB what had happened.

8. Verizon Wireless uses video surveillance. I have obtained a copy of the video and a selection of still shots saved from the video. I have reviewed the stills and they confirm the details described by JB and JW.

9. On November 25, 2018, at approximately 1806 hours, there was an armed robbery at the Sprint Store, located at 3983 Nolensville Pike, Nashville, TN. Metropolitan Nashville Police Department (MNPD) responded to the scene. According to the employees/victims, two black males entered the store with firearms and demanded money. Suspect one was described as a young black male, wearing an oversized gray sweatshirt/hoodie and white mask, and carrying a firearm. Suspect two was described as a black male, wearing a black sweatshirt and white mask, and carrying a firearm. Suspect one demanded money from the cash drawers. Both suspects then took the employee into the back of the store and took approximately 20 phones and approximately $600 from a safe. The suspects then ordered the victims to sit in a chair and face the wall, while they exited the store.

10. Sprint uses video surveillance at this location. I have reviewed the video provided by Sprint and the video confirms the events as described by the victims. Additionally, outside video revealed an additional third suspect in the driver's seat of the suspect vehicle. The third suspect never came inside the store. All three suspects eventually left in the suspect vehicle.

11. On November 29, 2018, MNPD Juvenile Crime Task Force, Franklin Police Department Detective Bobby Dilworth, and I began conducting surveillance on 35 University Court in Nashville, Tennessee, as part of an on-going investigation into approximately 20 Hobbs Act robberies, including those described above. MNPD had already seized a blue BMW, which matches the above referenced BMW. A white mask and dark colored hoodie were observed inside the vehicle and were later seized pursuant to a search warrant. By that time, Detective Dilworth had obtained a felony attempted aggravated robbery warrant on BT, a juvenile, for the November 25, 2018, attempted armed robbery of the Verizon Wireless store in Franklin, Tennessee, which is described above. While conducting surveillance, officers observed the suspects, Ronald ADKINS, Azreal SCRIBNER, BT

2

(juvenile) and MA (juvenile) leave 35 University Court and get into a Dodge Avenger. Officers attempted to conduct a traffic stop on the Dodge Avenger; however, the vehicle evaded officers by driving over a curb and through a ditch. A short time later, officers located the vehicle in an apartment complex located at 1500 Porter Road, Nashville, Tennessee. Officers continued surveillance on the vehicle inside the apartment complex. During this time, officers also began surveilling the social media accounts of ADKINS, SCRIBNER, BT, and MA. While monitoring these accounts, officers observed the aforementioned individuals in possession of at least three firearms while posting live videos to Instagram while inside an apartment located at 1500 Porter Road. Additionally, officers observed MA leave 1500 Porter Road and drive to a convenience store located near the apartment complex. A short time after arriving at the convenience store, MA returned to 1500 Porter Road. I was able to observe MA approach "T" building and enter into Apartment 10.

12. Based on the information obtained through surveillance, officers conducted a "knock and talk" at 1500 Porter Road, Apartment T-10. MNPD Officer Brandon Tennant knocked on the door to Apartment T-10, announcing himself as Metropolitan Nashville Police. As Officer Tennant was knocking on the door, he detected an odor of marijuana coming from the doorway of Apartment T-10. A black female, later identified as AL, opened the door and spoke with Officer Tennant. Once the door was opened, Officer Tennant observed the odor of marijuana was stronger coming from inside Apartment T-10. Officer Tennant asked AL to step out and have all the occupants inside the apartment step outside as well. AL stepped outside. At that point, another black female, later identified as OJ, SCRIBNER, MA, and BT stepped out of the residence as well. Officers remained at the threshold of the apartment and continued to call into the apartment for any additional occupants to step outside. A short time later, ADKINS came from a back room of the apartment and stepped outside. All occupants were detained and Officers Tennant and Sprees began writing a search warrant for the apartment and the Dodge Avenger. Once the search warrant was signed, officers executed the search warrant and collected several items of evidence including 1 loaded Glock, model 17, 9mm caliber pistol with an extended magazine, 1 loaded Glock, model 22, .40 caliber pistol with an extended magazine, 1 loaded Glock, model 23, .40 caliber pistol, and drug-related evidence.

13. While the apartment at 1500 Porter Road was being searched, several precinct detectives and I began interviewing SCRIBNER, ADKINS, BT, and MA. After waiving their Miranda Rights, SCRIBNER and BT admitted to participating in several of the armed robberies that officers were investigating, including the three aforementioned incidents from November 18, and 25, 2018. SCRIBNER specifically admitted shooting the clerk during the Brentwood Mapco robbery described above. Additionally, SCRIBNER and BT advised items of evidence, including clothing worn during some of the robberies, were located at 35 University Court and/or the blue BMW.

14. Once the interviews were complete, Officer Spees obtained a search warrant for 35 University Court, Nashville, TN. Several items of evidence were recovered from inside

3



the residence including, but not limited to: 1 Kel-Tec, model Sub 2000, 9mm rifle, 1 Smith and Wesson, model M&P Shield, .40 caliber pistol, an assortment of pistol magazines, several rounds of multi-caliber ammunition, a combined total of approximately $9600 in U.S. Currency, items of clothing that appear to match clothing worn in several of the robberies, paperwork identifying 35 University Court as ADKINS' address, and several new iPhone boxes, including one confirmed stolen during an armed robbery of the Boost Mobile store, in Madison, TN, on November 23, 2018.

15. On November 30, 2018, I conducted a custodial interview with SCRIBNER at the Hill Detention Center in Nashville, after SCRIBNER again waived his *Miranda* Rights. During the interview, SCRIBNER again admitted his involvement in 4 of the robberies, including the attempted armed robbery at the Mapco in Brentwood on November 18, 2018, the attempted armed robbery at Verizon in Franklin on November 25, 2018, and the armed robbery at the Sprint Store in Nashville on November 25, 2018, described above. Additionally, SCRIBNER again admitted to shooting the clerk during the Mapco Robbery in Brentwood. SCRIBNER stated, that in the Brentwood robbery, he pushed the clerk toward the register, the clerk grabbed the firearm, and SCRIBNER shot the clerk. SCRIBNER stated BT was the second suspect with him during the aforementioned robberies. SCRIBNER stated the Glock, Model 17, pistol recovered from the apartment at 1500 Porter Road belonged to him, and that he used that firearm to shoot the clerk at the Brentwood Mapco Mart. SCRIBNER stated that the Glock, Model 23, pistol belonged to ADKINS.

16. I have conducted online research regarding Mapco Corporation for the purpose of establishing an interstate nexus for the store located at 158 Franklin Rd, Brentwood, TN. According to https://www.mapcorewards.com/about/, MAPCO has 346 corporate-owned convenience stores operating primarily in Tennessee, Alabama and Georgia with additional locations in Arkansas, Virginia, Kentucky and Mississippi. Owned by COPEC, a South American-based retail company, MAPCO operates under the banners MAPCO Express, MAPCO Mart, Fast Food and Fuel, Favorite Markets, Delta Express and Discount Food Mart.

17. The aforementioned events occurred in Davidson and Williamson Counties, located in the Middle District of Tennessee.

18. Based on the forgoing facts, your affiant has probable cause to believe that Azreal SCRIBNER has committed the offenses of attempted robbery affecting commerce, in violation of 18 U.S.C. 1951, and using, carrying, brandishing, and discharging firearms during and in relation to a crime of violence, in violation of 18 U.S.C. 924(c).