To:
Federal Court

RECEIVED

JUN 17 2025

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

RE: United States of America v. Azreal Bryan Scribner
Case Nummber: (Unknown)
Date of Birth: 10-31-00
Reg: 35382-510

3:22-cr-00383
cr

To the Clerk of the Federal Court;

I am writing to you in best regards to "receiving a one time FREE courtesy of the following legal documents in this Court / Clerk of the Court has in control, possession, custody:

1. Docket Sheet
2. Judgment In A Committment
3. Sentencing Transcripts of Sentencing Hearing

With the utmost "respect" I would appreciate If you could "please" provide myself with a **one time FREE courtesy of the requested Federal Court Records in my case.**"

Awaiting the New Federal U.S. Sentencing Commission Guidelines to be Effective on February 1, 2024 these legal document will assist myself in determining it........

Respectfully Submitted,

Azreal Scribner

Name: Azreal Scribner
Reg: 35382-510
FCI # 1 Victorville Medium
P.O. Box 3725
Adelanto, CA 92301

Azreal Bryan Scribner
35388-510
Federal Correctional Institution #1
P.O. Box 3725
Adelanto, CA 92301

SN BERNARDINO CA 923
10 JUN 2025 PM 4 L

RECEIVED
JUN 17 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Estes Kefauver Federal
building and United States courthouse
800 U.S. courthouse
801 Broadway,
Nashville TN, 37203

37203-385590

