# U.S District Court
## Middle District of Tennessee (Nashville)

United States
vs.
Azreal Scribner

CRIMINAL DOCKET
#: 3:22-cr-00383-1

RECEIVED
JUL 25 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Defendant Azreal Scribner is filing an offical notice of intent to Appeal CRIMINAL DocKET #:3:22-cr-00383-1 Defendant request the Court to find and decree said notice to be of time having not past the one year mark from date of Sentanceing which expire 08/26/2025

Also Defendant Azreal Scribner ask for appointment of Counsel as representation in direct Appeal as defendat is currently serving a 300 months Federal Prison Sentance and is indigent and can not afford representation. Defendant only possess a basic High School education and lacks even common knowledge of law.

Azeeal Scribner #36382-510
FCI #1 Victorville medium
P.O Box 3725
Adelanto, CA 92301

RECEIVED
JUL 25 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

SN BERNARDINO CA 923
21 JUL 2025 PM 7 L

Fred D. Thompson United States
Courthouse and Federal building
719 Church Street
Nashville, TN 37203