RECEIVED
AUG 15 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

## Notice of Appeal

I am writing to file a notice of appeal in Docket Case No. 3:22-cr-00383-1 being the Originating Case. I believe it has been docketed as case number 25-5673 with the UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT.

Dated This 7th Day of August 2025

Azreal Scribner

/s/ A. Scribner

Azrael Scriber # 35382-510
Federal Correctional Institute #1
P.O. Box 3725, Adelanto CA 92301

Fred D. Thompson United States courthouse
any Federal building
719 Church Street
Nashville TN, 37203

SN BERNARDINO CA 923

RECEIVED 2025 PM 4 L

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN
AUG 15 2025