U.S. District Court
Middle District of Tennessee (Nashville)

**RECEIVED**

United States                    CRIMINAL DOCKET      AUG 18 2025

_____vs_____                     #: 3:22-Cr-00383-1    U.S. DISTRICT COURT
Azreal Scribner                                        MIDDLE DISTRICT OF TN

RECEIVED

JUL 25 2025

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Defendant Azreal Scribner is filing an Offical notice of
intent to Appeal CRIMINAL DockET #: 3:22-cr-00383-1
Defendant request the Court to find and decree said notice
to be of time having not past the one year mark from
date of Sentanceing which expire 08/26/2025.

Also Defendant Azreal Scribner ask for appointment of
counsel as representation in direct Appeal as defendat is
currently serving a 300 months Federal Prison Sentance and
is indigent and can not afford representation. Defendant
only possess a basic High School education and lacks
even common knowledge of law.

A. Scribner

Azreal Scribner #36380-510
FCI #1 Victorville medium
P.O Box 3725
Adelanto, CA 92301

RECEIVED

AUG 18 2025

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

SN BERNARDINO CA 923

12 AUG 2025 PM 7 L

Fred d. Thompson United States
courthouse and federal building
719 church street
Nashville, TN 37203