<u>NOT RECOMMENDED FOR PUBLICATION</u>

No. 25-5673

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Sep 3, 2025
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|     Plaintiff-Appellee, | ) ) ) |
| v. | ) ON APPEAL FROM THE UNITED ) STATES DISTRICT COURT FOR ) THE MIDDLE DISTRICT OF |
| AZREAL SCRIBNER, | ) TENNESSEE ) |
|     Defendant-Appellant. | ) |

<u>O R D E R</u>

Before: CLAY, McKEAGUE, and THAPAR, Circuit Judges.

    Azreal Scribner pleaded guilty to multiple counts of Hobbs Act robbery, firearm offenses, and attempted Hobbs Act robbery. On August 22, 2024, the district court sentenced Scribner to 300 months in prison and five years of supervised release. On July 25, 2025, Scribner filed a notice of appeal from the district court's judgment.

    In a criminal case, the defendant must file a notice of appeal no later than 14 days after entry of the judgment. Fed. R. App. P. 4(b)(1)(A). The 14-day deadline is not jurisdictional. *See United States v. Jackson*, 995 F.3d 476, 483 (6th Cir. 2021); *United States v. Gaytan-Garza*, 652 F.3d 680, 681 (6th Cir. 2011) (per curiam). But it is a mandatory claims-processing rule that must be enforced when properly raised. *See Jackson*, 995 F.3d at 483; *Gaytan-Garza*, 652 F.3d at 681. Moreover, "we retain the power to dismiss an untimely appeal sua sponte if the appeal 'implicates the important judicial interests of finality of convictions and efficient administration of claim processing.'" *Jackson*, 995 F.3d at 483 (quoting *Gaytan-Garza*, 652 F.3d at 681).

    Although the government has not yet moved to dismiss this appeal based on Scribner's failure to file a timely notice of appeal, dismissal is appropriate. In *Gaytan-Garza*, where the

No. 25-5673
- 2 -

defendant filed his appeal four years after the deadline, we determined that sua sponte dismissal was appropriate. 652 F.3d at 680–81. Although Scribner's delay is only approximately one year, we conclude that dismissal is likewise appropriate in this case. The delay implicates the important judicial interests of finality of judgments and efficient administration of claims, and Scribner has not met any of Rule 4(b)'s requirements for filing a late notice of appeal. *See e.g.*, Fed. R. App. P. 4(b)(3), (4); *cf. United States v. Brown*, 817 F.3d 486, 489 (6th Cir. 2016).

We therefore **DISMISS** the appeal as untimely.

ENTERED BY ORDER OF THE COURT

*Kelly L. Stephens*
Kelly L. Stephens, Clerk

United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 09/03/2025.

**Case Name:**   USA v. Azreal Scribner
**Case Number:**   25-5673

**Docket Text:**
ORDER filed: We therefore DISMISS the appeal as untimely. No mandate to issue, decision not for publication. Eric L. Clay, Circuit Judge; David W. McKeague, Circuit Judge and Amul R. Thapar, Circuit Judge.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. Azreal Scribner
F.C.I. Victorville - Medium I
P.O. Box 3725
Adelanto, CA 92301

**A copy of this notice will be issued to:**

Mr. Michael J. Flanagan
Mr. Nicholas Julian Goldin
Ms. Lynda M. Hill
Mr. Philip H. Wehby